JAMAL MILLER * NO. 2023-C-0777

VERSUS * COURT OF APPEAL

CHRISTOPHER RIDEAUX, * FOURTH CIRCUIT
FRISCHHERTZ ELECTRIC
COMPANY, INC., AND THE * STATE OF LOUISIANA
GRAY INSURANCE
COMPANY, INC. *

*
* * * * * * *

**BELSOME, J., CONCURS IN PART AND DISSENTS IN PART.**

I do not believe that the trial court abused its vast discretion to determine whether to permit amendments to pleadings. Therefore, I would deny the writ application *in toto*.